UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHENG I. CHENG,

        Plaintiff,

  v.

B. MARTIN et al,

        Defendant.

Case Number: CV07-03123 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cheng I. Cheng
#1025170
San Mateo County Jail
300 Bradford St.
Redwood City, CA 94063

Prisoner Trust Account Office
San Mateo County Jail
300 Bradford St.
Redwood City, CA 94063

Court's Financial Office

Dated: April 2, 2008

                                      Richard W. Wieking, Clerk
                                      By: D. Toland, Deputy Clerk