CHENG I CHENG. PLAINTIFF PRO PER FILED

1  2100 NAPA VALLEJO HIGHWAY. # Q9

08 JUN -3 PM 12:48

2  NAPA, CALIFORNIA 94558-6293

U.S. DISTRICT COURT
HERN DISTRICT OF CALIFORNIA

3

4

5  IN THE UNITED STATES DISTRIC COURT

6  FOR THE NORTHERN DISTRICT OF CALIFORNIA.

7

8

9

10  CHENG I CHENG,                    CASE NO: CO7-3123 WHA (PR)

11

12          PLAINTIFF,              RE: MOTION FOR PLAINTIFF HAVE

13                                  CHANGE NEW ADDRESS.

14      VS.

15

16  DEPUTY B. MARTIN # 136

17          ETC, AL

18

19      DEFENDANTS,

20

21

22

23              DECLARATION

24

25  I, CHENG I CHENG PLAINTIFF OF VICTIM DECLARE AS FOLLOWING,

26

27  1. SINCE ON FEBRUARY 26. 2008 OF TUESDAY AT 11:30 AM ARRIVED

28  NAPA STATE HOSPITAL BEEN SET ON UNIT # Q1-2.

1.

2. UNTIL ON MAY 01, 2008 THURSDAY OF AFTERNOON AT 3:30 PM
RE-SET TO UNIT #Q9.

3. DURING UNIT #Q1-2 PLAINTIFF HAVE MANY TIME DO SERIOUS TO
REQUEST ALLOW GET BACK MY ALL OF LEGAL DOCUMENTS, BUT THIS
UNIT OF STAFF TOTALLY IGNORE MY REQUEST, EVEN I DID
SUBMITTED I NEED WRITE TO THIS COURT LET COURT TO KNOW
I HAVE CHAGE NEW ADDRESS, BUT THEM NOR MERELY IGNORED ME,
ALSO IMPEACH ME, THEM KEEP HOLD MY ALL OF LEGAL DOCUMENTS.

4. UNTIL I HAVE OBTAIN TRANSFER TO UNIT #Q9, THEN AT FIFTEEN
DAYS LATER ON MAY 15, 2008 THURSDAY'S NOON FINALLY I OBTAIN
MY ALL OF LEGAL DOCUMENTS, HENCE, I DID IMMEDIATELY WRITE TO
THIS COURT, LET COURT TO KNOW I HAVE CHANGE NEW ADDRESS,
(PLEASE SEE CASE # C06-2217 WHA CPR) OF MOTION FOR PLAINTIFF
CHANGE NEW ADDRESS SUBMITTED DATE ON MAY 12, 2008, COURT HAVE
RECEIVED ON MAY 14, 2008, ABOUT BECAUSE I ONLY HAVE THIS CASE FILE
IN MY HAND OF FIRST.)

5. AND PLAINTIFF ALSO HAVE DOCUMENTS OF EVIDENCES TO PROVE PLAINTIFF
STATE WAS TRUTH AND CORRECT.

6. NOW PLAINTIFF'S NEW ADDRESS AS FOLLOWING.

CHENG  I  CHENG
#Q9
2100 NAPA VALLEJO HIGHWAY
NAPA, CALIFORNIA 94558-6293

2.

7. PLAINTIFF IS NOT HAVE PSYCHIC ISSUE AND PROBLEM, EVEN HITHERTO, PLAINTIFF NOR HAVE SERVED AND TAKE ANY PSYCHIC MEDICINE.

8. EVEN NOW THIS HOSPITAL TRIED TO SEND ME BACK TO SAN MATEO COUNTY JAIL, BUT I NOR ONCE TO REQUEST HAVE PROTECTION ALSO DENY BACK TO THIS BRUTALITY, MALICIOUS OF INHUMANE OF SAN MATEO COUNTY JAIL, BECAUSE PLAINTIFF'S LIFE WAS SERIOUS IN DANGER AND TERROR THREAT IN THE BRUTALITY OF INHUMANE OF SAN MATEO COUNTY.

9. ALSO THIS HOSPITAL OF STAFF THEY ALL SAW AND KNOW I HAVE ALL SERIOUS INJURY IN MY ALL PHYSICAL, THEY KNOW I WAS BEEN HANDICAP OF CONDITION HAVE SINCE ON DECEMBER 17, 2006.

10. IN HERE HOSPITAL ALSO PROVED I NOT A PSYCHIC PERSON.

11. ONCE AGAIN PLAINTIFF SERIOUS TO PETITION TO REQUEST THIS COURT TO PROTECT JUSTICE AND HUMAN RIGHT, TO PROTECT CIVIL RIGHT

I, DECLARE UNDER PENALTY OF PERJURY OF LAWS OF STATE CALIFORNIA, THAT THE STATE ABOVE IS TRUTH AND CORRECT.
P.S.: AGAIN PLAINTIFF'S LAW KNOWLEDGE AND BROKEN ENGLISH OF LIMITATION.
SUBMITTED DAY: MAY 30, 2008      RESPECTFULLY SUBMITTED,

CHENG I CHENG, PLAINTIFF,
A REAL VICTIM,

3.

I CHENET
VALLEJO HIGHWAY
CALIFORNIA 94558-6-23

OFFICE OF THE CLERK, U.S DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA 94102

