IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHENG I. CHENG,

    Plaintiff,

v.

Deputy B. MARTIN, #136, et al.,

    Defendants.

No. C 07-3123 WHA (PR)

**ORDER EXTENDING TIME TO AMEND**

This is a civil rights case filed pro se by a state prisoner. The complaint was dismissed with leave to amend in an order entered on April 2, 2008, but the order was returned as undeliverable. Plaintiff has recently provided a notice of change of address showing that he is now at Napa State Hospital. He says he could not provide the address change sooner because his legal materials were only just returned to him.

The time for him to amend is **EXTENDED** to July 14, 2008. The clerk shall send plaintiff a copy of the April 2 order and the form packet for prisoner Section 1983 complaints with his copy of this order. The amended complaint, if plaintiff decides to file one, shall be on the complaint form. Plaintiff shall write the words "Amended Complaint" and the case number of this case, C 07-3123 WHA (PR), on the first page.

**IT IS SO ORDERED.**

Dated: June   12  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\CHENG3123.DWLTA.wpd