**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

**JUDGE WILLIAM ALSUP**

Date: <u>June 12, 2008</u>

Case No. <u>C 08-01323 WHA</u>

Title: <u>R. STEPHEN GOLDSTEIN</u> v. <u>SAFECO INS CO</u>

Plaintiff Attorneys: Christopher Hayes

Defense Attorneys: Kou Lor

Deputy Clerk: <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1) <u>CMC - HELD</u>

2) _____

Complete Initial Disclosures (Rule 26): 6/27/08

Discovery Cutoff: 9/30/08

Designation of Experts: 9/30/08

Last Day to File Motion: 10/9/08


Continued to ___ for Further Case Management Conference

Continued to <u>**11/17/08 at 2:00pm**</u> for Pretrial Conference

Continued to <u>**12/1/08 at 7:30am**</u> for Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Zimmerman for Mediation/Settlement Conference. Parties have reached a settlement agreement, but the release still needs to be signed. Court set a trial date in the settlement is not finalized.