M. Jeffery Kallis (CA SB# 190028, WA # 28755)
The Law Firm of Kallis & Assoc.
333 W. San Carlos Street, Suite 800
San Jose CA 95110
408.971.4655
408.971.4644 fax
M_J_Kallis@Kallislaw.org

Special Appearance for Plaintiff

FILED
08 JUL -3 PM 3:47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK'S COPY

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

San Francisco

| | |
|---|---|
| CHENG I. CHENG,<br><br>　　　　　Plaintiff,<br>vs.<br><br>B. MARTIN, et al.<br><br>　　　　　Defendant. | Case # : CV 07- 03123 WHA<br><br>NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS WHILE THE PLAINTIFF IS CONFINED TO A STATE MENTAL HEALTH FACILITY.<br><br>Hearing: July 14, 2008  8:00 am |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD: PLEASE TAKE NOTICE THAT THE PLAINTIFF, Chengi Cheng will ask the Court to stay all proceedings in this action until such time as the plaintiff is released from confinement in the Napa State Mental Facility where he is currently confined. The Hearing on this matter will be in front of the Honorable Judge Alsup, Federal Court House San Francisco Courtroom 9, 450 Golden Gate Avenue, San Francisco CA. on July 14, 2008 at 8:00 am.

This motion for a stay of all proceedings will be supported by the declaration of Jeff Kallis, the attached memorandum of points and authorities and by complete files and records of

the Court in this matter.

Dated: July 2, 2008

The Law Firm of KALLIS & Assoc.

_____
M. Jeffery Kallis, making a limited appearance
for Plaintiff

Notice of Motion and Motion For a Stay
Cheng v. Martin et.al.

Page 4 of 9
CV 07-03123 WHA   Northern District of California