Jeffery Kallis (CA SB# 190028, WA # 28755)
The Law Firm of Kallis & Assoc.
333 W. San Carlos Street, Suite 800
San Jose CA 95110
408.971.4655
408.971.4644 fax
M_J_Kallis@Kallislaw.org

**FILED**

JUL - 3 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Special Appearance for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

San Francisco

| | |
|---|---|
| CHENG I. CHENG,<br><br>　　　　　Plaintiff,<br>vs.<br><br>B. MARTIN, et al.<br><br>　　　　　Defendant. | Case # : CV 07-03123<br><br>DECLARATION OF M. JEFFERY KALLIS IN SUPPORT OF THE MOTION TO STAY PROCEEDINGS WHILE THE PLAINTIFF IS CONFINED TO A STATE MENTAL HEALTH FACILITY. |

I, M. Jeffery Kallis, am an attorney licensed to practice in front of all Courts within the State of California and admitted to the Bar for all four United States District Courts in California as well as the 9th Circuit. I have personal knowledge of the facts set forth herein and if called to testify could competently do so.

1.　I have not been generally retained by the plaintiff in this action, but have agreed to his request to represent him for the limited purpose of making this Motion for a stay.

2.　I met with the plaintiff in May of 2008 at the State Mental Health Facility in Napa California. Plaintiff was in a secure locked down section of the facility.

3.　During the 75 minutes that I met with the Plaintiff I found him to be unable to stay on a topic, that he could not answer question either because he did not remember or because he

would go into tangential and irrelevant diatribes, and that he was unable to explain why he was in the facility and not in the San Mateo County Jail.

4. Plaintiff appears to be of normal intelligence, and if he was able to stay focused and understand his current situation he would be able to work with counsel or represent himself with the assistance of a legal consultant. As an experienced attorney I do not believe that Mr. Cheng is currently of a mental state that would enable him to work with counsel.

This statement is true of my knowledge, except for the matters stated in it on my information or belief, as to those matters I believe them to be true. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose California. July 2, 2008

M. Jeffery Kallis

Dated: July 2, 2008

The Law Firm of KALLIS & Assoc.

M. Jeffery Kallis, making a limited appearance for Plaintiff

Notice of Motion and Motion For a Stay
Cheng v. Martin et.al.
Page 8 of 9
CV 07-03123 WHA  Northern District of California