**FILED**

JUL - 3 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

San Francisco

| | |
|---|---|
| CHENG I. CHENG, | Case # : CV 07- 03123 |
| Plaintiff, | [Proposed] ORDER GRANTING A STAY IN THESE PROCEEDINGS PENDING THE RELEASE OF THE PLAINTIFF FROM NAPA STATE MENTAL HEALTH FACILITY. |
| vs. | |
| B. MARTIN, et al. | Hearing: July 7, 2008  8:00 am |
| Defendant. | |

This Court having reviewed the Motion for a stay and the supporting papers finds good cause to Stay the proceedings until such time as the plaintiff is released from the mental health facility in Napa California.

IT IS HEREBY ORDERED THAT:  All proceedings in this matter, Case # CV 07-03123, <u>Chengi Cheng v. B. Martin et.al.</u> are stayed until such time as the plaintiff is released from the California State Mental Facility at Napa California, or any other mental health facility he may be committed to. Upon release, the plaintiff will have 21 days to file his Amended Complaint

~~July 7, 2008~~

July 11, 2008.

IT IS SO ORDERED

Judge William Alsup

The Honorable William Alsup,
Judge of the United States District Court for the Northern District of California

Notice of Motion and Motion For a Stay
Cheng v. Martin et.al.
Page 9 of 9
CV 07-03123 WHA   Northern District of California