Cheng I. Cheng
#1025170
San Mateo County Jail
300 Bradford St.
Redwood City, CA 94063

CV06-02217 WHA

FILED
SEP 1 2 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHENG I CHENG,
   PLAINTIFF

VS.

DEPUTY B. MARTIN #136,
DEPUTY O'DELL #3670,
DEPUTY MOSER #4-7,
MENTAL HEALTH MS. MOLLY,
COUNTY OF SAN MATEO,
SAN MATEO COUNTY JAIL,
SAN MATEO COUNTY
   SHERIFF DEPARTMENT,
HEAD NURSE MIKE,
   DEFENDANTS.

CASE # C07-3123 WHA (PR)

RE: MOTION FOR CHANGE PLAINTIFF NEW ADDRESS

1.

## DECLARATION

I, CHENG I CHENG PLAINTIFF DECLARE, NOW I HAVE CHANGE NEW ADDRESS, AS FOLLOWING:

>   CHENG I CHENG
>   ID# 1025170
>   300 BRADFORD STREET,
>   REDWOOD CITY, CA 94063

I, DECLARE UNDER PENALTY OF PERJURY OF LAWS OF STATE CALIFORNIA, THAT THE FOREGOING IS TRUTH AND CORRECT.

SUBMITTED DATE: SEPTEMBER 10, 2008    RESPECTFULLY SUBMITTED,

*(signature)*

CHENG I CHENG,
PLAINTIFF,

MOTION FOR CHANGE NEW ADDRESS.
CASE # C07-3123 WHA (PR)

2.

1  PROOF OF SERVICE BY MAIL.
2
3  I, DEFENDANT DECLARE AS FOLLOWING:
4
5  1. I CHENG I CHENG, WAS CUSTODY SINCE INCIDENT ON JUNE
6  03, 2004 HITHERTO.
7
8  2. THIS SAN MATEO COUNTY JAIL NOT ALLOW INMATE HAVE A PEN
9  HENCE, I MERELY CAN USED PENCIL TO WRITE THIS LEGAL
10 MOTION.
11
12 3. I HAVE DO PROOF SEVICE, SENT THIS MOTION COPY BY US
13 POST OFFICE MAIL TO: U.S. DISTRICT COURT NOTHERN
14 DISTRICT OF CALIFORNIA. 450 GOLDEN GATE AVENUE
15 SAN FRANCISCO. CALIFORNIA 94102
16
17
18
19
20
21  I DECLARE UNDER PENALTY OF PERJURY OF LAWS OF STATE
22 CALIFORNIA, THAT THE FOREGOING IS TRUTH AND CORRECT.
23 SUBMITTED DATE: SEPTEMBER 10, 2008  RESPECTFULLY SUBMITTED
24
25
26
27                                                CHENG I CHENG,
28

**RECEIVED**

SEP 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHENG I CHENG
9410 1025170
300 BRADFORD ST.
(REDWOOD CITY)

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA

SAN FRANCISCO CA
11 SEP 2008 PM 8 T

★LEGAL MAIL★

USA FIRST-CLASS FOREVER