IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG I. CHENG,<br><br>   Plaintiff,<br><br>   v.<br><br>Deputy B. MARTIN, #136, Deputy O'DELL #D670, Deputy MOSER #429, Mental Health MS. MOLLY, COUNTY OF SAN MATEO, SAN MATEO COUNTY JAIL, SAN MATEO COUNTY SHERIFF'S DEPT., Head Nurse MIKE,<br><br>   Defendants.<br>                                             / | No. C 07-3123 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by an inmate in county jail. The clerk sent him a copy of the order of service on September 15, 2009, to the jail address where he last indicated that he was located. On October 6, 2009, the order was returned as undeliverable with a notation that plaintiff is no longer in custody. Plaintiff has not notified the clerk of any change of address. More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: December    28   , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\CHENG3123.DSM.311.wpd